UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HERSCHELL R. BELL,

    Plaintiff,

v.                                CASE NO: 8:10-cv-1534-T-33EAJ

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## **ORDER**

This cause comes before the Court pursuant to Plaintiff's Unopposed Motion for Award of Attorney's Fees and Costs Pursuant to Equal Access to Justice Act 28 U.S.C. § 2412 (Doc. # 23). Plaintiff is seeking an award of $3,653.19 in attorney's fees.

The EAJA requires an award of attorney's fees and costs to any party prevailing in litigation against the United States, including proceedings for judicial review of Social Security Administration Agency action, unless the Court determines that the position of the United States was substantially justified or that special circumstances exist and make an award unjust. 28 U.S.C. § 2412(d)(1)(A).

Three conditions must be established before an award of attorney's fees under the EAJA is appropriate. <u>Myers v. Sullivan</u>, 916 F.2d 659, 666 (11th Cir. 1990). First, a

plaintiff must file a timely application for fees. Id. (citing 28 U.S.C. § 2412(d)(1)(B)). Second, a plaintiff must qualify as a "prevailing party." Id. Third, if the plaintiff is a prevailing party who timely filed an EAJA fee application, then the plaintiff is entitled to receive attorney's fees unless the government can establish that its positions were "substantially justified" or that there exist "special circumstances" that countenance against the awarding of fees. Id.

Plaintiff has established a timely application for fees and that he qualifies as the prevailing party. See Doc. # 23 at 3. In addition, the Commissioner has not made a claim that its positions were substantially justified or that there exist any special circumstances.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Plaintiff's Unopposed Motion for Award of Attorney's Fees and Costs Pursuant to Equal Access to Justice Act 28 U.S.C. § 2412 (Doc. # 23) is **GRANTED** in the amount of $3,653.19.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 12th day of October, 2011.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record